THE HONORABLE JOHN H. CHUN
Trial Date: 11/06/2023

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| CEDARWOOD PARK CONDOMINIUM ASSOCIATION, a Washington Non-Profit Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ALLSTATE INSURANCE COMPANY, an Illinois Corporation; and DOE INSURANCE COMPANIES 1-10,<br><br>Defendants. | No. 2:22-cv-00095-JHC<br><br>STIPULATED MOTION AND ORDER FOR DISMISSAL<br><br>NOTE ON MOTION CALENDAR: 01/11/23 |

IT IS HEREBY STIPULATED by counsel for the parties hereto that all claims in this action shall be dismissed with prejudice and without costs.

DATED this 11th day of January, 2023.

By  *s/Alfred E. Donohue*
Alfred E. Donohue, WSBA No. 32774
Wilson Smith Cochran Dickerson
1000 Second Avenue, Suite 2050
Seattle, WA 98104
Phone: 206-623-4100
Fax: 206-623-9273
Email: donohue@wscd.com
Of Attorneys for Defendant Allstate

STIPULATED MOTION AND ORDER FOR
DISMISSAL (Cause No. 2:22-cv-00095-JHC) – 1
ys/AED6513.141/4323573X



1000 SECOND AVENUE, SUITE 2050
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

DATED this 11th day of January, 2023.

By  s/Jerry H. Stein
By  s/Daniel J. Stein
By  s/Justin D. Sudweeks
By  s/Cortney M. Feniello
    Jerry H. Stein, WSBA No. 27721
    Daniel J. Stein, WSBA No. 48739
    Justin D. Sudweeks, WSBA No. 28755
    Cortney M. Feniello, WSBA No. 57352
    Stein, Sudweeks & Stein
    16400 Southcenter Parkway, Suite 410
    Tukwila, WA 98188
    Phone: 206-388-0660
    Fax: 206-286-2660
    Email: JStein@condodefects.com
           dstein@condodefects.com
           justin@condodefects.com
           cfeniello@condodefects.com
Of Attorneys for Plaintiff

IT IS SO ORDERED.

DATED this 11th day of January, 2023.

_____
THE HONORABLE JOHN H. CHUN
UNITED STATE DISTRICT JUDGE

STIPULATED MOTION AND ORDER FOR DISMISSAL (Cause No. 2:22-cv-00095-JHC) – 2
ys/AED6513.141/4323573X

WILSON SMITH COCHRAN DICKERSON
1000 SECOND AVENUE, SUITE 2050
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273